UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE BIGLARI HOLDINGS, INC. | ) | CONSOLIDATED |
| SHAREHOLDER DERIVATIVE | ) | No. 1:13-cv-00891-SEB-MJD |
| LITIGATION | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment with respect to the operative complaint in this consolidated action, the Amended Complaint in *Taylor v. Biglari et al.* (1:13-cv-00891-SEB-MJD), the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of the Defendants and against the Plaintiffs. The Plaintiffs shall take nothing by their complaints and this action is terminated.

IT IS SO ORDERED.

03/18/2015

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Christopher J. Clark
ADAMS, HAWWARD, NICOLAS & WELSH
christopher.clark2@lw.com

Louis Nathaniel Boyarsky
GLANCY BINKOW & GOLDBERG LLP
lboyarsky@glancylaw.com

Offer Korin
KATZ & KORIN P.C.
okorin@katzkorin.com

Debra Ann Mastrian
KRIEG DEVAULT LLP
dmastrian@kdlegal.com

Scott Stuart Morrisson
KRIEG DEVAULT LLP
smorrisson@kdlegal.com

James Christian Word
LATHAM & WATKINS, LLP
christian.word@lw.com

Adam Poncio
PONCIO LAW OFFICES PC
5410 Fredericksburg Road, Suite 109
San Antonio, TX 78229-3550

Brian J. Robbins
ROBBINS ARROYO LLP
notice@robbinsarroyo.com

Joan M. Rabutaso
ROBBINS ARROYO LLP
jrabutaso@robbinsarroyo.com

Kevin A. Seely
ROBBINS ARROYO LLP
kseely@robbinsarroyo.com

Leonid Kandinov
ROBBINS ARROYO LLP

lkandinov@robbinsarroyo.com

Avraham Noam Wagner
THE WAGNER FIRM
avi@thewagnerfirm.com